# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   vs.<br><br>JUAN HERNANDEZ-PANTOJA,<br><br>                Defendant. | CASE NO. 09CR4259-GT<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 21:952 AND 960 - IMPORTATION OF MARIJUANA

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/23/09

                                     GORDON THOMPSON, JR.
                                     UNITED STATES DISTRICT JUDGE

                                     ENTERED ON /-